| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Fawsett, Patricia C. | 2. Court or Organization<br><br>U.S. District Court FL-M | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>401 W. Central Blvd<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation |
| 2. Member- Board of Directors & Treasurer | Bok Tower Gardens Foundation, Inc. |
| 3. Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 4. Member Board of Trustees | Florida Supreme Court Historical Society |
| 5. Member Board of Directors | Central Florida YMCA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -6 A 10:20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Edward D Jones Financial Companies LLLP , Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank National Association | Bank Loan | K |
| 2. Chase Bank | Bank Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS -Fundamental Investors Fund A | | None | | | Sold | 02/13/09 | K | | |
| 2. AMERICAN FUNDS -Growth Fund of America A | | None | | | Sold | 02/13/09 | K | | |
| 3. LORD ABBETT FUNDS- Affiliated Fund A | A | Dividend | | | Sold | 02/13/09 | K | A | |
| 4. LORD ABBETT FUNDS- MidCap Fund A | A | Dividend | K | T | Sold (part) | 06/22/09 | J | C | |
| 5. AMERICAN FUNDS -American Balanced Fund A | A | Int./Div. | K | T | Buy (add'l) | 05/14/09 | K | | |
| 6. AMERICAN FUNDS - Bond Fund of America A | B | Int./Div. | K | T | | | | | |
| 7. AMERICAN FUNDS - Income Fund of America A | B | Int./Div. | K | T | Buy (add'l) | 05/14/09 | K | | |
| 8. Wetherbee Rd Tenants in Common / Orange Cty FL Real Estate | | None | J | R | Buy | | | | |
| 9. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 10. ANCH NATL LIFE INS ANNTY /PolarisII/Amr Global Grth | A | Dividend | K | T | | | | | |
| 11. ANCH NATL LIFE INS ANNTY/Polaris II/ Amr Intl Div Equity | A | Dividend | K | T | | | | | |
| 12. ANCH NATL LIFE INS ANNTY /Polaris II/ MFS MidCapGrth | A | Dividend | K | T | | | | | |
| 13. ANCH NATL LIFE INS ANNTY /Polaris II / MFS TI Return | A | Dividend | K | T | | | | | |
| 14. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 15. American Funds-Capital Income Builder A | B | Int./Div. | | | Sold | 03/06/09 | K | C | |
| 16. American Funds- Capital World Bond Fund A | A | Int./Div. | J | T | Buy | 05/14/09 | K | | |
| 17. American Funds- Capital World Growth and Income Fund A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 J-P | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds-EuroPacificFund A | B | Dividend | | | Sold | 03/06/09 | K | C | |
| 19. Edward Jones Profit Sharing Plan | C | Dividend | L | T | | | | | |
| 20. Edward Jones 401k | C | Int./Div. | L | T | | | | | |
| 21. American New World Fund A | A | Dividend | J | T | | | | | |
| 22. American Small Cap World Fund A | A | Dividend | J | T | | | | | |
| 23. FranklinTempleton Natural Resource Fund A | A | Dividend | J | T | | | | | |
| 24. Franklin Templeton Utility Fund A | A | Dividend | J | T | | | | | |
| 25. Franklin Templeton Real Estate Fund A | | None | | | Sold | 01/16/09 | J | | |
| 26. Templeton China Fund A | A | Dividend | J | T | | | | | |
| 27. Franklin Templeton Gold & Precious Metal Fund A | | None | | | Sold | 01/16/09 | J | | |
| 28. Franklin Templeton Natural Resource Fund A | | None | | | Sold | 01/16/09 | J | | |
| 29. Templeton China Fund A | A | Dividend | | | Sold | 01/16/09 | J | | |
| 30. Franklin Income Fund A | A | Int./Div. | J | T | Sold (part) | 11/17/09 | J | | |
| 31. Franklin Templeton B.R.I.C Fund A | A | Dividend | J | T | Sold (part) | 10/19/09 | J | | |
| 32. Franklin Templeton Utility Fund A | A | Int./Div. | J | T | Buy (add'l) | 06/01/09 | J | | |
| 33. | | | | | Sold (part) | 10/19/09 | J | | |
| 34. | | | | | Sold (part) | 11/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Templeton B.R.I.C Fund A | A | Dividend | J | T | | | | | |
| 36. Van Kampen American Value Fund A | A | Int./Div. | | | Sold | 02/13/09 | K | | |
| 37. Limited Partnership in The Jones Financial Cos,LLLP | D | Distribution | L | U | | | | | |
| 38. Abbott Labs Common Stock ABT | A | Dividend | J | T | Sold (part) | 10/19/09 | J | | |
| 39. Alabama Power Note | A | Interest | | | Sold | 01/12/09 | J | | |
| 40. Alliant Energy Common Stock LNT | | None | | | Sold | 01/12/09 | J | | |
| 41. Ameron Common Stock AEE | | None | | | Sold | 01/12/09 | J | | |
| 42. Amerigas Partners LP APU | | None | | | Sold | 01/12/09 | J | | |
| 43. Apple Common Stock AAPL | | None | J | T | | | | | |
| 44. ATT Common Stock T | A | Dividend | J | T | Sold (part) | 10/19/09 | J | . | |
| 45. Bank of America Notes | | None | | | Sold | 01/12/09 | J | | |
| 46. Franklin Rising Dividend Fund | A | Dividend | J | T | Sold (part) | 11/17/09 | J | A | |
| 47. Franklin MM Fund | | None | | | Sold | 06/01/09 | J | A | |
| 48. McDonalds Common Stock MCD | A | Dividend | J | T | Sold (part) | 10/19/09 | J | | |
| 49. Suncor Common Stock SU | A | Dividend | J | T | Sold (part) | 11/11/09 | J | C | |
| 50. Van Kampen Muni Unit Trust 1 | A | Interest | J | T | Sold (part) | 11/11/09 | J | | |
| 51. | | | | | Sold (part) | 11/18/09 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Van Kampen S&P Unit Trust | A | Int./Div. | J | T | Sold (part) | 09/14/09 | J | B | |
| 53. WalMart Common Stock WMT | A | Dividend | J | T | Sold (part) | 10/19/09 | J | | |
| 54. Wells Fargo Common Stock WFC | A | Dividend | J | T | Sold (part) | 11/17/09 | J | A | |
| 55. 3M Common Stock MMM | A | Dividend | J | T | Sold (part) | 10/19/09 | J | A | |
| 56. Canadian Pac. R.R. Debenture | A | Interest | | | Sold | 05/15/09 | J | | |
| 57. Citigroup Global Medium Term Notes | | None | | | Sold | 01/12/09 | J | | |
| 58. Duke Energy Note | A | Interest | | | Sold | 01/12/09 | J | A | |
| 59. Federal Home Loan Mortgage Notes | | None | | | Redeemed | 01/05/09 | J | | |
| 60. GE Capital Note | A | Interest | | | Sold | 01/12/09 | J | | |
| 61. Georgia Power Note | | None | | | Sold | 01/12/09 | J | | |
| 62. Master Assets Mortgage Pass Through | A | Dividend | | | Sold | 01/12/09 | J | | |
| 63. Merrill Lynch Notes | A | Interest | | | Sold | 01/12/09 | J | A | |
| 64. Missouri Pacific RR Debenture | A | Interest | | | Sold | 06/02/09 | J | A | |
| 65. National Retail Properties Common Stock NNN | | None | | | Sold | 01/12/09 | J | | |
| 66. Select Notes Trust | A | Interest | | | Sold | 01/12/09 | J | | |
| 67. Southern Companies Common Stock SO | A | Dividend | J | T | | | | | |
| 68. Van Kampen Unit Trust | A | Dividend | J | T | Buy | 01/14/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/11/09 | J | B | |
| 70. | | | | | Sold (part) | 11/18/09 | J | A | |
| 71. Alliance Bernstein Balanced Wealth Strategy Fund A | A | Dividend | K | T | Buy | 05/14/09 | K | | |
| 72. Allaince Bernstein High Income Fund A | A | Dividend | K | T | Buy | 05/14/09 | K | | |
| 73. American US Govt Fund A | A | Dividend | L | T | Buy | 03/06/09 | L | | |
| 74. Cash management Trust of America A | A | Dividend | | | Buy | 02/13/09 | L | | |
| 75. | | | | | Sold | 05/14/09 | L | A | |
| 76. FPL Common Stock | A | Dividend | J | T | Buy | 06/22/09 | J | | |
| 77. St Petersburg FL Hospital Bond | A | Interest | | | Buy | 04/08/09 | J | | |
| 78. | | | | | Sold | 11/17/09 | J | A | |
| 79. Alliance Bernstein Tax Managed Balanced Wealth Fund | A | Dividend | J | T | Buy | 01/14/09 | K | | |
| 80. | | | | | Sold (part) | 09/14/09 | J | B | |
| 81. | | | | | Sold (part) | 10/19/09 | J | B | |
| 82. | | | | | Sold (part) | 11/17/09 | J | A | |
| 83. American US Govt Securities Fund A | A | Dividend | J | T | Buy | 03/06/09 | K | | |
| 84. | | | | | Sold (part) | 09/14/09 | J | A | |
| 85. | | | | | Sold (part) | 11/11/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exem t from rior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/17/09 | J | A | |
| 87.    Growth Fund of America A | A | Dividend | | | Buy | 01/14/09 | K | | |
| 88. | | | | | Sold | 03/06/09 | K | | |
| 89.    Investment Company of Ameica | A | Dividend | | | Buy | 01/14/09 | K | | |
| 90. | | | | | Sold | 03/06/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII - Line 8- Purchased 1/21/1986   for a purchase price of $5000.

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544